IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| IVAN TELEGUZ, <br><br> *Petitioner-Appellant*, <br><br> v. <br><br> KEITH W. DAVIS, WARDEN SUSSEX I STATE PRISON, <br><br> *Respondent-Appellee.* | No. 11-9 <br> 7:10-cv-00254-JPJ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Petitioner-Appellant Ivan Teleguz, through counsel, respectfully requests that the filing deadline for his opening brief and the joint appendix be extended to January 5, 2015.[1] Counsel has been authorized by opposing counsel to represent that the Warden does not object to this request. In support of his request, Petitioner-Appellant states as follows:

Rule 26(b) of the Federal Rules of Appellate Procedure permits the Court to grant an extension of time "[f]or good cause." Here, the Court's October 22, 2014 Briefing Order directed Petitioner-Appellant to file his opening brief and the joint appendix on or before December 1, 2014. The unusual complexity of this capital habeas corpus appeal, including the district court's granting Certificate of Appealability as to all issues decided in its 62-page July 17, 2014 opinion, constitutes good cause for Appellant's request for a limited extension of time to file his opening brief and the joint appendix. Moreover, in addition to the inherent delays that

---

[1] Rather than requesting a 30-day extension that would move the briefing deadline to December 31, 2014, Teleguz requests until January 5, 2015, to avoid a deadline that falls on a holiday or otherwise conflicts with the Court's operating schedule.

accompany the holiday season, Teleguz's counsel needs additional time to review district court hearing transcripts recently made available to it. See Dkt. #66.

Counsel for Teleguz has contacted Respondent-Appellee's counsel, Alice Armstrong, who authorized counsel to represent that the Warden does not object to an extension of thirty-five days for filing the opening brief and joint appendix.

## CONCLUSION

For the foregoing reasons, Teleguz respectfully requests that the deadline for his opening brief and the joint appendix be extended to January 5, 2015.

Respectfully submitted,

*/s/ Elizabeth Peiffer*
Elizabeth Peiffer, VA Bar No. 71353
Virginia Capital Representation
Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA 22903
Telephone: (434) 817-2970
Fax: (434) 817-2972

Michael F. Williams
K. Winn Allen
William Kimmitt
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200

Matthew C. Stiegler
Post Office Box 18861
Philadelphia, PA 19119
(267) 297-7117

*Attorneys for Petitioner-Appellant Ivan Teleguz*

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| IVAN TELEGUZ,<br><br>*Petitioner-Appellant*,<br><br>v.<br><br>KEITH W. DAVIS, WARDEN SUSSEX I STATE PRISON,<br><br>*Respondent-Appellee.* | No. 11-9<br>7:10-cv-00254-JPJ |

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2014, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties who have appeared in this Court via the Court's electronic filing system. Parties may access this filing system through the Court's system.

*/s/ Elizabeth Peiffer*
Elizabeth Peiffer, VA Bar No. 71353

3